IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CONCEPCION B. RUIZ, | § | |
|     *Plaintiff,* | § | |
| | § | |
| V. | § | Civil Action No. 5:19-cv-001191-DAE |
| | § | |
| MINH TRUCKING, LLC AND NGUYEN LY NGOC, | § | |
|     *Defendants*. | § | |

## JOINT ADVISORY TO THE COURT
## REGARDING MOTIONS TO EXCLUDE AND LIMIT EXPERT TESTIMONY

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW MINH TRUCKING, LLC AND NGUYEN LY NGOC, Defendants in the above-entitled and numbered cause ("Defendants") and file this Joint Advisory to the Court Regarding the Parties' Motions to Exclude and Limit the Testimony of Dr. Christine Vidouria, Dr. Joseph Ghitis, and Irmo Marini, Ph.D. and would respectfully show the following:

### I.

### BACKGROUND

1.1    On September 15, 2020, Defendants filed a Motion to Exclude and Limit the Testimony of Dr. Christine Vidouria. On the same date, Plaintiff filed a Motion to Exclude and Limit the Testimony of Dr. Joseph Ghitis. On September 21, 2020, Plaintiff filed a Motion to Exclude and Limit the Testimony of Irmo Marini, Ph.D. The Motions were referred to the Honorable Elizabeth S. Cheney for hearing.

1.2    After that referral, Defendants filed a Motion for Leave to File Response to Plaintiff's Motion to Strike Dr. Joseph Ghittis [Document 70] and their Response [Document 65].

# II.
# ADVISORY TO THE COURT

**A.**     **DR. CHRISTINE VIDOURIA**

2.1     Plaintiff filed a Response to the Motion; this Motion is opposed.

**B.**     **IRMO MARINI, Ph.D.**

2.2     Defendants have withdrawn the testimony complained of and is not offering the testimony as expert testimony; Dr. Marini testified that the medical expenses discussed within the Motion were not his opinions, but those of Dr. Garza, another expert. Defendants only oppose the Motion to the extent it is moot.

**C.**     **DR. JOSEPH GHITIS/MOTION FOR LEAVE**

2.3     Defendant opposes the motion to strike testimony of Dr. Ghittis; Plaintiff's counsel have stated that they are opposed to the Motion for Leave to File Defendant's Response.

Respectfully submitted,

**CASTAGNA SCOTT LLP**
1120 S. Capital of Texas Highway
Building 2, Suite 270
Austin, Texas 78746
Telephone: (512) 329-3290
Fax: (888) 255-0132

By:   /s/ *Steven B. Loomis*
     Lynn S. Castagna
     State Bar No. 03980520
     Lynn@texasdefense.com
     Steven B. Loomis
     State Bar No. 00793177
     Loomis@texasdefense.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing has been electronically filed with the Clerk of the Court using the CM/EMF system which will send notification of such filing to:

| | |
|---|---|
| G. Eric De Leon | Raymond Zapata |
| DE LEON LAW OFFICE | 219 N. Alamo St 300 |
| 219 N. Alamo St., Ste. 300 | San Antonio, Texas 78205 |
| San Antonio, Texas 78205 | |

and in accordance with the Federal Rules of Civil Procedure, on October 20, 2020.

                                             */s/ Steven B. Loomis*
                                             Steven B. Loomis